RECEIVED

APR 2 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TYRICKA LAVERNE CALLOWAY | CIVIL ACTION NO. 12-702-P |
| VERSUS | JUDGE WALTER |
| 13TH JUDICIAL DISTRICT COURT, ET AL. | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

IT IS ORDERED that Plaintiff's action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 23 day of April 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE